## Ex Parte Bird.

### Solicitud para que se expida mandamiento de Habeas Corpus.

No. 9.—Resuelto en Mayo 1, 1903.

DESACATO.—MANDAMIENTO DE ARRESTO.—En los casos de desacato la orden ó mandamiento de arresto deberá estar firmada por el Juez sentenciador, y hacerse constar en ella el acto ó actos constitutivos de desacato, la fecha y lugar de su comisión y circunstancias de la misma, con especificación de la sentencia que se hubiese dictado, y la falta de dichos requisitos producirá la completa nulidad de la referida sentencia.

ID.—La falta de algunos de los requisitos fundamentales exigidos por la ley en los mandamientos de arresto, produce la nulidad de éstos.

### EXPOSICIÓN DEL CASO.

El peticionario, Hobart S. Bird, era propietario y gerente del periódico "The San Juan News", que se publicaba en San Juan, y por virtud de una gacetilla que apareció en uno de los números de dicho periódico correspondiente al mes de Abril de 1903, fué procesado por desacato, y previa la correspondiente comparecencia, sentenciado á sufrir cinco dias de arresto y veinte dollars de multa, expidiéndose, para su prisión, el siguiente mandamiento:

*El Pueblo de Puerto Rico* contra *Hobart S. Bird* por desacato.—De orden del Tribunal del distrito, el Alcaide de la carcel del Distrito de San Juan, conservará bajo su custodia al acusado Hobart S. Bird, condenado por desacato á la pena de cinco dias de arresto y ($20) veinte dollars de multa, debiendo sufrir un dia de arresto adicional por cada dollar que dejare de satisfacer, y cuya pena empezará á cumplir en el dia de hoy.—San Juan, Puerto Rico Abril 28 de 1903.—Luis Mendez Vaz.—Secretario.—Hay un sello de la corte de Distrito de San Juan.

Abogado del peticionario: *Sr. Hord.*
Abogado del Pueblo: *Sr. del Toro*, Fiscal.

### OPINIÓN DEL TRIBUNAL:

*Considerando:* que según la Sección 3ª de la Ley definiendo y penando el desacato, aprobada en 1 de Marzo del año próximo pasado, en la orden ó mandamiento de arresto, además de constar la firma del Juez sentenciador, debe con-

## Ex Parte Bird.

### Petition for a writ of Habeas Corpus.

No. 9.—Decided May 1, 1903.

Contempt.—Order of Imprisonment.—An order of imprisonment for contempt of court in addition to the signature of the judge who delivered the sentence, must set forth the act or acts constituting the contempt, the time and place of the commission thereof and the attending circumstances and also the specification of the sentence, without which requirements it is void and without effect.

#### STATEMENT OF THE CASE.

The petitioner Hobart S. Bird, was owner and manager of the newspaper known as ."The San Juan News", which was published in San Juan, and in consequence of an item which appeared in one of the issues of said paper during the month of April 1903, he was prosecuted for contempt of court, and after duly appearing, was sentenced to imprisonment for a term of five days and to pay a fine of twenty dollars, the following warrant for his imprisonment having been issued :

*The People of Porto Rico* versus *Hobart S. Bird*, for contempt of court.— By order of the District Court, the warden of the jail of the district of San Juan shall detain under his custody the accused Hobart S. Bird, sentenced for contempt of court to the penalty of imprisonment for five days and a fine of twenty dollars, with an additional day of imprisonment for every dollar of the fine which remains unpaid, said penalty to take effect from this day.—San Juan, Porto Rico, April 28, 1903.—Luis Mendez Vaz, Secretary.—There is a seal of the District Court of San Juan.

*Mr. Hord*, for the petitioner.
*Mr. del Toro*, Fiscal, for the People.

signarse el acto ó actos constitutivos de desacato, la fecha y lugar de su comisión y circunstancias de la misma, con especificación de la sentencia.

*Considerando:* que la falta de esos requisitos, como sucede en el presente caso, hace que la sentencia sea enteramente nula y sin efecto.

*Considerando:* que según el número 3 del artículo 483 del Código de Enjuiciamiento Criminal, se produce también la nulidad del mandamiento cuando éste es defectuoso en algún requisito fundamental de los que la ley exige:

*Se declara nula* y sin efecto la sentencia que en 27 de Abril último dictó la Corte de Distrito de San Juan, condenando á Mr. Hobart S. Bird por el delito de desacato; se declara igualmente nulo el mandamiento de arresto; y en su consecuencia, se decreta la excarcelación inmediata de dicho Hobart S. Bird, sin fianza de ningún género, y queda cancelada la prestada en 28 de Abril último para estar en libertad hasta la resolución de la petición de Habeas Corpus, y notifíquese.

Jueces concurrentes: Presidente Quiñones y Asociados, Hernandez, Figueras, Sulzbacher y MacLeary.